AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Sergey Mkhitaryan and Suren Mkhitaryan )<br>*Plaintiff* )<br>v. )<br>U.S. Bank, N.A., et al., )<br>*Defendant* ) | Civil Action No. 2:11-cv-01055-JCM-CWH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ ___ ), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* **U.S. Bank, N.A.,** _____ recover costs from the plaintiff *(name)* **Sergey Mkhitaryan and Suren Mkhitaryan** _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge **James C. Mahan** on a motion for **Summary Judgment**

Date: **September 5, 2013**

*[signature: James C. Mahan]*
UNITED STATES DISTRICT JUDGE