SAO
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
NAKESHA S. DUNCAN, ESQ.
Nevada Bar No. 11556
**SPRINGEL & FINK LLP**
10655 Park Run Drive, Suite 275
Las Vegas, NV 89144
Telephone: (702) 804-0706
Facsimile:   (702) 804-0798
Email: lfink@springelfink.com
       nduncan@springelfink.com

Attorneys for Defendants
SPEEDY RECOVERY, INC. and
DENNIS LYON MCGEE

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEVADA
\*\*\*

SERGEY MKHITARYAN and SUREN MKHITARYAN,

      Plaintiffs,

vs.

U.S. BANK, N.A., SPEEDY RECOVERY, INC., and DENNIS LYON MCGEE, DOE Defendants I though X, inclusive; and ROE CORPORATIONS A through Z, inclusive,

      Defendants.

Case No. 2:11-cv-01055-JCM-CWH

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiffs, SERGEY MKHITARYAN and SUREN MKHITARYAN, by and through their attorneys of record, Cooper Levenson, P.A.; and Defendants, SPEEDY RECOVERY, INC. and DENNIS LYON MCGEE, by and through their attorneys of record, Springel & Fink LLP, that Plaintiffs' Complaint, and each and every cause of action alleged therein, and all related matters, be dismissed against SPEEDY

1  RECOVERY, INC. and DENNIS LYON MCGEE with prejudice, each party to bear their own
2  attorney's fees and costs.

4  DATED this 9 day of May, 2014.            DATED this 13 day of May, 2014.

6  COOPER LEVENSON, P.A.                      SPRINGEL & FINK, LLP

8  By: _____              By: _____
9  LOUIS V. CSOKA, ESQ.                       LEONARD T. FINK, ESQ.
   Nevada Bar No. 7667                        Nevada Bar No. 6296
   6060 Elton Ave., Suite A                   NAKESHA S. DUNCAN, ESQ.
10 Las Vegas, NV 89107                        Nevada Bar. No. 11556
11 Attorneys for PLAINTIFFS                   10655 Park Run Drive, Suite 275
                                              Las Vegas, NV 89144
12                                            Attorneys for Defendants
13                                            SPEEDY RECOVERY, INC. and
                                              DENNIS LYON MCGEE

18  ///

21  ///

24  ///

27  ///

{N0032201;1}                    -2-

## ORDER

Based upon Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' Complaint and each and every cause of action alleged therein, and all related matters, are dismissed against SPEEDY RECOVERY, INC. and DENNIS LYON MCGEE with prejudice, each party to bear their own attorney's fees and costs.

DATED May 14, 2014.

_____
UNITED STATES DISTRICT JUDGE

SPRINGEL & FINK, LLP

By: _____
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
NAKESHA S. DUNCAN, ESQ.
Nevada Bar No. 11556
10655 Park Run Drive, Suite 275
Las Vegas, NV 89144
Attorneys for Defendants
SPEEDY RECOVERY, INC. and
DENNIS LYON MCGEE